| | |
|---|---|
| 1 | JIM MCCABE (CA SBN 104686) |
|  | PHILIP T. BESIROF (CA SBN 185053) |
| 2 | MORRISON & FOERSTER LLP |
|  | 425 Market Street |
| 3 | San Francisco, California  94105-2482 |
|  | Telephone: (415) 268-7000 |
| 4 | Facsimile:  (415) 268-7522 |
|  | JMcCabe@mofo.com |
| 5 | PBesirof@mofo.com |

Attorneys for Defendant
FUJI ELECTRIC CORP. OF AMERICA

KENT J. CLANCY (CA SBN 035419)
PETER A. CLANCY (CA SBN 230160)
BULLIVANT HOUSER BAILEY PC
601 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CALIFORNIA  94108-2823
TELEPHONE: (415) 352-2700
FACSIMILE:  (415) 352-2701
kent.clancy@bullivant.com
pete.clancy@bullivant.com

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, a corporation, | Case No.   C 04 3627 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO THE EASTERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)** |
| v. | |
| FUJI ELECTRIC SYSTEMS CO., LTD., a corporation (formerly known as FUJI ELECTRIC CO. LTD.); and FUJI ELECTRIC CORP. OF AMERICA, a corporation, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO E. DISTRICT OF TEXAS
CASE NO. C-04-3627 MMC
sf-1960463

1    WHEREAS, Plaintiff Fireman's Fund Insurance Company ("Fireman's Fund") filed the
2  above-captioned action on August 26, 2004;

3    WHEREAS, Fireman's Fund filed a First Amended Complaint on February 15, 2005;

4    WHEREAS, in this action Fireman's Fund seeks a declaratory judgment that neither Fuji
5  Electric Systems, Co., Ltd. nor Fuji Electric Corporation of America ("Fuji America") has proven
6  that it is entitled to payment under Fireman's Fund Open Marine Package Policy OC 9614220
7  ("the Policy") for damage to a generator step-up transformer during shipment from Yokohama,
8  Japan to a Bechtel Power Corporation jobsite at the Cottonwood Power Project, Deweyville,
9  Texas;

10   WHEREAS, Fuji America filed an action entitled *Fuji Electric Corp. of America v.*
11 *Fireman's Fund Insurance Company*, Case No. 9:05 CV 27 in the Eastern District of Texas on
12 February 4, 2005 for breach of contract alleging that Fireman's Fund's denial of claims under the
13 Policy constitutes a breach of the Policy;

14   WHEREAS, the actions pending in the Northern District of California and the Eastern
15 District of Texas involve overlapping facts and circumstances;

16   WHEREAS, Fireman's Fund and Fuji America agree that as a matter of efficiency and in
17 the interests of justice and based on the relative ease of access to sources of proof and the
18 convenience of the parties and the witnesses that this action should proceed in the Eastern District
19 of Texas;

20

21   IT IS HEREBY STIPULATED, by and between the undersigned attorneys for Fireman's
22 Fund and Fuji America that:

23   1.    The above-captioned action shall be transferred to the Eastern District of Texas for
24 consolidation with *Fuji Electric Corp. of America v. Fireman's Fund Insurance Company*,
25 Case No. 9:05 CV 27;

26   2.    This stipulation shall be without prejudice to the right of any party to make any
27 relevant and timely motion once the case has been transferred to the Eastern District of Texas;

28

3. None of the terms of this Stipulation and [Proposed] Order shall become effective until approved by the Court.

Dated: July 14, 2005  Respectfully submitted,

JIM MCCABE
PHILIP T. BESIROF
MORRISON & FOERSTER LLP

By:  /s/
Philip T. Besirof

Attorneys for Defendant
FUJI ELECTRIC CORP. OF AMERICA

Dated: July 14, 2005  Respectfully submitted,

KENT J. CLANCY
PETER A. CLANCY
BULLIVANT HOUSER BAILEY PC

By:  /s/
Peter A. Clancy

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY

**GENERAL ORDER 45 ATTESTATION**

I, Elisabeth S. Traugott, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Transferring Action to the Eastern District of Texas Pursuant to 28 U.S.C. § 1404(a). In compliance with General Order 45, X.B., I hereby attest that Peter A. Clancy and Philip T. Besirof have concurred in this filing.

 /s/ Elisabeth S. Traugott
Elisabeth S. Traugott

STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO E. DISTRICT OF TEXAS
CASE NO. C-04-3627 MMC
sf-1960463                                                                                      2

3. None of the terms of this Stipulation and [Proposed] Order shall become effective until approved by the Court.

Dated: July 14, 2005  Respectfully submitted,

JIM MCCABE
PHILIP T. BESIROF
MORRISON & FOERSTER LLP

By:  /s/
Philip T. Besirof

Attorneys for Defendant
FUJI ELECTRIC CORP. OF AMERICA

Dated: July 14, 2005  Respectfully submitted,

KENT J. CLANCY
PETER A. CLANCY
BULLIVANT HOUSER BAILEY PC

By:  /s/
Peter A. Clancy

Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY

**GENERAL ORDER 45 ATTESTATION**

I, Elisabeth S. Traugott, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Transferring Action to the Eastern District of Texas Pursuant to 28 U.S.C. § 1404(a). In compliance with General Order 45, X.B., I hereby attest that Peter A. Clancy and Philip T. Besirof have concurred in this filing.

 /s/ Elisabeth S. Traugott
Elisabeth S. Traugott

1
2
3   PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5   Dated  July 14, 2005

**APPROVED**
**Judge Maxine M. Chesney**